# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Midwest Goldbuyers, Inc.
v.
Claude Birge

No. 17-L-5362

### ORDER

This matter coming to be heard on Defendant's Motion to Dismiss, the court being fully advised in the premises and the parties having notice, it is hereby ordered:

1. The Defendant's Motion to Dismiss is granted without prejudice;
2. Plaintiff has 30 days to file an amended complaint, or until December 14, 2017;
3. Defendant has 30 days to answer or otherwise plead, or until January 15, 2018;
4. This case is set for status on January 24, 2018 at 9:30 am in Rm 2005

Attorney No.: 42270
Name: Troutman Sanders
Atty. for: Defendant
Address: One North Wacker
City/State/Zip: Chicago / IL / 60606
Telephone: 312-759-1920

ENTERED:
JUDGE JAMES E. SNYDER-1970

**ENTERED**
NOV 14 2017
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT

Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS